Robert F. Schwartz, No. 227327
TRUCKER ✦ HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California  94104
Telephone:      (415) 788-3111
Facsimile:       (415) 421-2017
E-mail:           rschwartz@truckerhuss.com

Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDRA STAPLETON,<br><br>        Plaintiffs,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>        Defendants. | Case No. CV10- 05173 SBA<br><br>**STIPULATION AND  ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |

Defendant AETNA LIFE INSURANCE COMPANY and Plaintiff SANDRA STAPLETON (the "Parties") hereby stipulate, by and through their respective counsel, pursuant to Local Rule 6-1(a), to further extend the deadline for the Defendant to respond to Plaintiff's Complaint to February 22, 2011.  The parties respectfully request this extension so that the parties will have time to explore early mediation or other ADR possibilities, and possible amendment of the Complaint so as to avoid possible motion practice.  This extension of time will not alter the date of any event or any other deadline already fixed by Court order.

DATED: January 19, 2011

                                                                TRUCKER ✦ HUSS


                                                                By: /s/Robert F. Schwartz
                                                                       Robert F. Schwartz
                                                                       Attorneys for Defendant

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT    1
#1134241

DATED: January 19, 2011  KLETTER LAW FIRM

By: /s/Cary Kletter
Cary Kletter
Attorneys for Plaintiff

I attest that my firm has obtained Mr. Kletter's concurrence in the filing of this document.

DATED: January 19, 2011  TRUCKER ✦ HUSS

By: /s/Robert F. Schwartz
Robert F. Schwartz
Attorneys for Defendant

IT IS SO ORDERED.

DATED: 1/25/11

*Saundra B. Armstrong*
Honorable Saundra Brown Armstrong, Judge
United States District Court Northern District of California

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT
#1134241

2