1  Robert F. Schwartz, No. 227327
   TRUCKER ✦ HUSS
2  A Professional Corporation
   100 Montgomery Street, 23rd Floor
3  San Francisco, California  94104
   Telephone:     (415) 788-3111
4  Facsimile:      (415) 421-2017
   E-mail:          rschwartz@truckerhuss.com
5
   Attorneys for Defendants
6  AETNA LIFE INSURANCE COMPANY and
   FEDERAL RESERVE BANK OF SAN FRANCISCO
7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10

11
   SANDRA STAPLETON,                    Case No. CV10- 05173 SBA
12
                        Plaintiff,      **STIPULATION AND [PROPOSED]**
13                                      **ORDER EXTENDING DEADLINES IN**
           vs.                          **CASE**
14
   AETNA LIFE INSURANCE COMPANY,
15 FEDERAL RESERVE BANK OF SAN
   FRANCISCO, AND FEDERAL RESERVE
16 SYSTEM,
17                      Defendants.

18

19         WHEREAS, on November 16, 2010, Plaintiff Sandra Stapleton filed the Complaint in this

20 action against Defendant Aetna Life Insurance Company ("Aetna") seeking long-term disability

21 benefits pursuant to the Federal Reserve Bank of San Francisco's long-term disability plan;

22         WHEREAS, on November 19, 2010, the Court set the initial Case Management Conference

23 for March 10, 2011 at 2:30 p.m., to be conducted via telephone;

24         WHEREAS, on December 20, 2010, Aetna and Ms. Stapleton filed a Stipulation under

25 Local Rule 6-1(a) extending the time in which Aetna had to respond to the Complaint to

26 January 20, 2011;

27

28

Trucker ✦ Huss
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104

WHEREAS, on January 20, 2011, Aetna and Ms. Stapleton filed a Stipulation and Proposed Order further extending the deadline for Aetna to respond to the Complaint to February 22, 2011, which was entered by the Court on January 26, 2011;

WHEREAS, on February 18, 2011, Aetna and Ms. Stapleton filed a Stipulation and Proposed Order selecting private mediation as the parties' form of ADR process, with the parties also having agreed to conduct the mediation on March 18, 2011 before Michael J. Loeb, Esq., at JAMS in San Francisco;

WHEREAS, on February 18, 2011, Ms. Stapleton filed an Amended Complaint adding the "Federal Reserve Bank of San Francisco" and the "Federal Reserve System" as Defendants to the action (collectively, the "Federal Reserve Defendants");

WHEREAS, the Federal Reserve Bank of San Francisco has waived service of the Amended Complaint and has agreed to participate in the mediation set for March 18, 2011;

WHEREAS, Defendants contend that the Amended Complaint raises issues concerning (a) whether the proper defendants are named, (b) whether the Federal Reserve Bank of San Francisco's long-term disability plan is governed by ERISA or other law, and (c) whether Plaintiff has adequately stated any claim – all issues that likely would be the subject of a Rule 12 motion if Aetna and the Federal Reserve Defendants are required to respond to the Amended Complaint;

WHEREAS, in the interests of economy, Aetna, the Federal Reserve Bank of San Francisco and Ms. Stapleton now wish to continue all dates in the action in order to allow the parties to try to resolve the case through the scheduled March 18 mediation and without incurring legal costs associated with motion practice, initial disclosures and attending a case management conference.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that all dates in the action shall be and hereby are extended as follows:

1.      Aetna and the Federal Reserve Bank of San Francisco shall have until April 25, 2011 to respond to the Amended Complaint;

2.      The Case Management Conference presently set for March 10, 2011 shall be vacated and reset for May 31, 2011, or such other date as the Court may order;

Trucker ♦ Huss
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104

3.    The parties shall complete initial disclosures and submit a Joint Case Management Statement on or before May 24, 2011, or such other date as the Court may order.

Except to the extent noted above, this request for a continuance will not alter any other dates or deadlines set by Court order.

DATED: March 2, 2011

TRUCKER ✦ HUSS

By: /s/Robert F. Schwartz
Robert F. Schwartz
Attorneys for Defendant Aetna Life Insurance Company and Federal Reserve Bank of San Francisco

DATED: March 2, 2011

KLETTER LAW FIRM

By: /s/Cary Kletter
Cary Kletter
Attorneys for Plaintiff

I attest that my firm has obtained Mr. Kletter's concurrence in the filing of this document.

DATED: March 2, 2011

TRUCKER ✦ HUSS

By: /s/Robert F. Schwartz
Robert F. Schwartz
Attorneys for Defendant

Trucker ✦ Huss
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104

## <u>ORDER</u>

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1.      Aetna and the Federal Reserve Bank of San Francisco shall have until April 25, 2011 to respond to the Amended Complaint.

2.      The March 10, 2011 telephonic Case Management Conference is CONTINUED to <u>June 15, 2011 at 2:45 p.m</u>. The parties shall complete initial disclosures and submit a Joint Case Management Statement on or before June 8, 2011. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

DATED:  3/4/11

_____
Honorable Saundra Brown Armstrong, Judge
United States District Court Northern District of California

Trucker ♦ Huss
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104