Robert F. Schwartz, No. 227327
TRUCKER ✦ HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
E-mail: rschwartz@truckerhuss.com

Attorneys for Defendants
AETNA LIFE INSURANCE COMPANY and
FEDERAL RESERVE BANK OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDRA STAPLETON,<br><br>        Plaintiffs,<br><br>   vs.<br><br>AETNA LIFE INSURANCE COMPANY, FEDERAL RESERVE BANK OF SAN FRANCISCO, and FEDERAL RESERVE SYSTEM<br><br>        Defendants. | Case No. CV10- 05173 SBA<br><br>**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff SANDRA STAPLETON and Defendants AETNA LIFE INSURANCE COMPANY AND FEDERAL RESERVE BANK OF SAN FRANCISCO, stipulate and agree, by and through their respective counsel, that the above-

//
//
//
//
//
//
//
//

---

STIPULATION RE DISMISSAL WITH PREJUDICE; Case No. CV10-5173 SBA                    1

#1159381

referenced action is hereby dismissed, with prejudice.  Except as may be agreed by the parties, each party shall bear her or its own attorney's fees and costs.

DATED: April 8, 2011

TRUCKER ✦ HUSS

By: /s/Robert F. Schwartz
Robert F. Schwartz
Attorneys for Defendants
AETNA LIFE INSURANCE COMPANY
and FEDERAL RESERVE BANK OF
SAN FRANCISCO

DATED: April 8, 2011

KLETTER LAW FIRM

By: /s/Cary Kletter
Cary Kletter
Attorneys for Plaintiff
SANDRA STAPLETON

I attest that my firm has obtained Mr. Kletter's concurrence in the filing of this document.

DATED: April 8, 2011

TRUCKER ✦ HUSS

By: Robert F. Schwartz
Robert F. Schwartz
Attorneys for Defendant

IT IS SO ORDERED.

DATED: __5/13/11

Honorable Saundra Brown Armstrong, Judge
United States District Court Northern District of California

STIPULATION RE DISMISSAL WITH PREJUDICE; Case No. CV10-5173 SBA       2

#1159381